# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

VERNON D. BURCH,

Petitioner-Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; BUREAU OF PRISONS; DAN L. DOVE, Warden,

Respondents-Appellees.

No. 01-7929

Appeal from the United States District Court
for the District of South Carolina, at Charleston.
Margaret B. Seymour, District Judge.
(CA-01-840-2-24AJ)

Submitted: March 12, 2002

Decided: May 22, 2002

Before WIDENER, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**COUNSEL**

Vernon D. Burch, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Vernon D. Burch appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. Burch, who had previously filed an unsuccessful 28 U.S.C.A. § 2255 (West Supp. 2001) motion and an unsuccessful 28 U.S.C.A. § 2244 (West 1994 & Supp. 2001) motion for authorization to file a successive § 2255 motion, asserted that his conviction and sentence were invalid under *Cage v. Louisiana*, 498 U.S. 39 (1990), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000). Because the Supreme Court decided *Cage* before Burch was convicted, we find that he could not raise this claim under § 2241. *In re Jones*, 226 F.3d 328, 333-34 (4th Cir. 2000). Moreover, because his sentence did not exceed the statutory maximum for his offense of conviction, it does not implicate the concerns raised by *Apprendi*. *United States v. Kinter*, 235 F.3d 192, 201 (4th Cir. 2000), *cert. denied*, 532 U.S. 937 (2001); *United States v. Angle*, 254 F.3d 514, 518 (4th Cir. 2001) (en banc), *cert. denied*, 70 U.S.L.W. 3244 (U.S. Oct. 2, 2001) (No. 01-5838). We therefore affirm the district court's order denying relief on Burch's § 2241 petition.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

*We grant Burch's motion to supplement the record.